PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
0976 2:16CR00019-003

**DOCKET NUMBER** *(Rec. Court)*
2:25-cr-00270-JCM-DJA-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| KRISTIN RENE WILSON<br>Nevada | Idaho | |
| | **NAME OF SENTENCING JUDGE**<br>Amanda K. Brailsford, United States District Judge | |

☑ FILED   ☐ RECEIVED
☐ ENTERED  ☐ SERVED ON

SEP 04 2025

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

| DATES OF PROBATION/SUPERVISED RELEASE | FROM<br>02/08/2024 | TO<br>02/07/2028 |
|---|---|---|

**OFFENSE**
21§841(a)(1) Conspiracy to Distribute a Controlled Substance
18§1956 Conspiracy to Launder Money

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Ms. Wilson has no plans to return to the District of Idaho.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____   DISTRICT OF   Idaho

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Nevada** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/29/2025
*Date*

*Amanda K. Brailsford*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____   DISTRICT OF   Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 8, 2025
*Effective Date*

*James C. Mahan*
United States District Judge

1

# UNITED STATES PROBATION OFFICE
# DISTRICT OF NEVADA
# MEMORANDUM

RE: Kristin Rene Wilson
Case No.: TO BE DETERMINED

## REQUESTING ACCEPTANCE OF JURISDICTION

August 29, 2025

TO:　United States District Judge

On June 21, 2017, Wilson was sentenced in the District of Idaho by the Honorable B. Lynn Winmill to a term of 108 months imprisonment followed by four (4) years of supervised release for committing the offense of Conspiracy to Distribute a Controlled Substance and Conspiracy to Launder Money. On February 8, 2024, Wilson commenced her supervised release term in the District of Nevada.

Wilson has no intention of returning to the District of Idaho. As such, the Probation Office recommends that the Court accept jurisdiction of the case. As noted by their signature on the attached Transfer of Jurisdiction form (Prob 22), Judge B. Lynn Winmill has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for Your Honor's signature.

If you have any questions, please contact the undersigned officer at (702) 527-7295.

Respectfully submitted,

Digitally signed by Victoria Willard
Date: 2025.09.04 07:45:05 -07'00'

Victoria Willard
Probation Officer Assistant

Approved:

Digitally signed by Amberleigh Barajas
Date: 2025.09.02 17:03:20 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer